appeal, with directions to enter a judgment in accordance with the views expressed herein.

*Judgment affirmed in part and reversed and remanded with directions.*

Irma Nagy, Appellant, v. Theodore Karrels et al., Defendants. Joseph Moroney, Appellee.

Gen. No. 44,326.

opinion
filed December 15, 1948; rehearing denied January 21, 1949; released for publication January 21, 1949. Kellam Foster, for appellant; Edward A. Biggs, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

Grant J. Cowher, Appellant, v. Pennsylvania Railroad Company, Appellee.

Gen. No. 44,312.